# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE HAMPTON,<br><br>　　　　　　　Petitioner,<br>v.<br>JEREMY BEAN, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:24-cv-01504-GMN-EJY<br><br>**ORDER** |

　　　　Respondents filed a Motion for Enlargement of Time to Respond to Petitioner Jermaine Hampton's Petition for Writ of Habeas Corpus (First Request) ("Motion" (ECF No. 13)). Respondents request a 60-day extension of time, up to and including January 17, 2025, because counsel's workload prevented completion of the response by the initial deadline of November 18, 2024.  Hampton filed a response to the motion opposing a 60-day extension of time. (ECF No. 14.)  Hampton argues Respondents were initially given 60-days to file their response and have not demonstrated cause or purpose for the additional delay. (*Id.*)  Hampton asks the Court to grant Respondents only a 30-day extension of time. (*Id.*)  Respondents did not file a reply and the time to do so has expired.  Due to the complexity of the claims, and conditions set forth in counsel's declaration in support of the Motion, the Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

　　　　It is therefore ordered that Respondents' Motion for Enlargement of Time to Respond to the Petition (First Request) **[ECF No. 13] is granted.**  Respondents have until January 17, 2025, to file their response to the Petition.

　　　　DATED:  December 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE