# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JERMAINE HAMPTON,

                  Petitioner,

v.

JEREMY BEAN, *et al.*,

                  Respondents.

Case No. 2:24-cv-01504-GMN-EJY

**ORDER**

    Respondents seek leave to file an exhibit *in camera* and under seal (ECF No. 20): Exhibit 27, Petitioner's Presentence Investigation Report ("PSI") (ECF No. 21-1), dated July 26, 2019. Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5). Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner Jermaine Hampton's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. The PSI, however, does not appear to include information that is so sensitive to warrant *in camera* filing. Accordingly, Respondents' Motion is granted, in part, and Exhibit 27 is considered properly filed under seal.

    DATED: July 22, 2025

                                                GLORIA M. NAVARRO
                                                UNITED STATES DISTRICT JUDGE