## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE HAMPTON, | Case No. 2:24-cv-01504-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their Answer. ECF No. 30. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' first Motion for Extension of Time (ECF No. 30) is GRANTED. Respondents have until August 29, 2025, to file their Answer.

DATED: July 29, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1